Case 4:17-cr-00006-WTM-CLR   Document 24   Filed 06/12/20   Page 1 of 1

GASD First Step Act Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(1)(B)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia
Savannah Division

United States of America
v.

Seneca Roberts

Case No: 4:17-cr-00006-1

USM No: 21655-021

Date of Original Judgment: June 29, 2017
Date of Previous Amended Judgment: Not Applicable
*(Use Date of Last Amended Judgment if Any)*

Walter John Toner, IV
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(1)(B) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the First Step Act of 2018 pursuant to Pub. L. No. 115-391, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ **DENIED.**   ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated June 29, 2017, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: June 12, 2020

Judge's Signature

Effective Date: _____
*(if different from order date)*

William T. Moore, Jr.
Judge, U.S. District Court
*Printed name and title*